No. 98–5091. JOHNSON v. OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–5092. KHALI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5093. McCONICO v. BOOKER ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–5095. JACKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5096. SMITH v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–5097. SLAUGHTER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 98–5098. RAMIREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5099. SONNER v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 98–5100. LEWINE v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 98–5101. MOORE v. JACKSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–5102. MEDRANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5103. KEARNEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5104. MEJIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5106. HARRIS v. UNITED STATES; and
No. 98–5450. ATKINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 145 F. 3d 1335.

No. 98–5107. FARBER v. FARBER. Ct. Sp. App. Md. Certiorari denied.